IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

| | |
|---|---|
| FITZGERALD, Angela C. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LITTLEJOHN'S ENTERPRISES, LLC, )<br>)<br>and COLLEEN STRONG )<br>)<br>Defendants. )<br>) | Civ. No: 3:16-cv-00076-NKM |

ORDER

The parties having settled this matter with this Court's approval, and having stipulated to the dismissal of this case, it is hereby:

**ORDERED AND ADJUDGED** that this case is dismissed with prejudice, subject to this Court's retention of jurisdiction to enforce, if necessary, the parties' compliance with the terms of the settlement agreement as outlined in the Stipulation of Dismissal (Dkt No. 33).

It is so ORDERED.

Entered this 5th day of May 2017.

Norman K. Moon
United States District Judge